UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No:  SA CV 20-00418-DOC                    Date: May 7, 2020

Title:  James Rutherford v. Bristol Chino II, LLC et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING CIVIL CASE**

     The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [18], hereby orders this action DISMISSED without prejudice. The Court hereby orders all proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.  The Order to Show Cause hearing set for May 11, 2020 is vacated.

     The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk: kd